**United States District Court**
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 540
Post Office Box 591
Madison, Wisconsin  53701

**Chambers of**
**Barbara B. Crabb**
**District Judge**

**Telephone**
608-264-5447

May 15, 2008

Beverly Marty
#05844090
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

      Re: U.S. v. Marty; 05-cr-29-bbc

Dear Ms. Marty:

      This will acknowledge your letter of May 5, 2008, in which you asked about the appointment of a public defender to look into your case.  Unfortunately, the law does not authorize the appointment of the defender for such a purpose.  If you think that the new law may offer you some option, you will have to research the law yourself and see whether it applies to you.

      I am sorry to hear that your family has been unable to visit you since you've been incarcerated.  It must be very difficult for you not to see them in person.  It is good to know that you have used your time in prison to think harder about your involvement with drugs in the past, and particularly good to hear that you have completed both the 500 and 40-hour drug programs. I hope that you continue to use your time productively.

      Very truly yours,

      /s/

      Barbara B. Crabb
      District Judge

BBC:skv