IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                       MEMORANDUM

            Plaintiff,

                                                     05-cr-29-bbc
                                                     06-cv-610-bbc

    v.

BEVERLY MARTY,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Beverly Marty has filed a document labeled "Entitlement Order of Beverly Marty," in which she represents that by virtue of an agreement with the Internal Revenue Service, this court is authorized to surrender the security instrument established in this account. She does not otherwise identify the security instrument that would be established in a criminal or civil case or explain why she or her husband is entitled to a "transfer payment." She gets to the point in the last paragraph in which she says that the court will execute this order within ten business days and then "release the entitlement holder, Beverly Marty from the Federal Medical Center, Carswell in Fort Worth, Texas immediately."

      If defendant actually believes that this court will take the action she has requested,

1

she is either very misguided or the victim of a scam. The document has no legal merit and no practical effect. It will be filed and ignored.

Entered this 7th day of April, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge